No. 225. MESTRE ET AL., PETITIONERS, *v.* FOOTE, DISTRICT JUDGE, RESPONDENT.—Certiorari. Mayagüez. May 23, 1918. *Reconsideration denied.*

No. 1861. DAMIÁN, APPELLEE, *v.* AMERICAN RAILROAD COMPANY OF PORTO RICO, APPELLANT. — Damages. Mayagüez. May 24, 1918. *Dismissed.*

No. 1258. PEOPLE, APPELLEE, *v.* FERNÁNDEZ, APPELLANT.— Offense against the executive power. Ponce. May 24, 1918. *Affirmed.*

No. 1260. PEOPLE, APPELLEE, *v.* BERRÍOS, APPELLANT.—Assault and battery. Guayama. May 27, 1918. *Affirmed.*

No. 229. CHIQUÉS, PETITIONER, *v.* CUEVAS ZEQUEIRA, DISTRICT JUDGE, RESPONDENT.—Certiorari. Humacao. May 31, 1918. *Petition denied.*

No. 173. MARTÍNEZ, PETITIONER, *v.* CROSAS, DISTRICT JUDGE, RESPONDENT.—Mandamus. Aguadilla. May 31, 1918. *Petition denied.*

No. 1261. PEOPLE, APPELLEE, *v.* BRITO, APPELLANT.—Assault and battery. Guayama. June 3, 1918. *Modified and affirmed.*

No. 1869. LARRACUENTA ET AL., APPELLANTS, *v.* CAMPOS ET AL., APPELLEES.—Foreclosure. Arecibo. June 4, 1918. *Dismissed.*